UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES SPICE CO., et al.,

       Plaintiffs,

                                       Civil No.  05-70387

v.

GB SEASONINGS, INC.,                  JOHN CORBETT O'MEARA

       Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE MORGAN'S OCTOBER 21, 2005 ORDER GRANTING MOTION TO COMPEL DISCOVERY

       The Court having reviewed the Magistrate Judge's order, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

   **IT IS ORDERED** that the Court adopts Magistrate Judge Morgan's opinion and order of October 21, 2005.

                                      s/John Corbett O'Meara
                                      John Corbett O'Meara
                                      United States District Judge

Dated:  November 29, 2005