**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GREAT LAKES SPICE CO., a Michigan
corporation, and MARVIN "SKIP"
ASMUS, III, an individual,

    Plaintiffs,

vs.

GB SEASONINGS, INC., a Wisconsin
corporation,

    Defendant.

Case No. 2:05-cv-70387

Honorable John Corbett O'Meara
Magistrate Judge Virginia M. Morgan

| Gerard A. Mantese (P34424) | William A. Sankbeil (P19882) |
|---|---|
| Ian Williamson (P65056) | Patrick McLain (P25458) |
| Mantese and Associates, P.C. | Robert Pineau (P39386) |
| Attorneys for Plaintiffs | Kerr, Russell and Weber, PLC |
| 1361 E. Big Beaver Road | Attorneys for Defendant |
| Troy, Michigan 48083 | 500 Woodward Avenue, #2500 |
| 248-457-9200 | Detroit, Michigan 48226 |
| | 313-961-0200 |

**PRELIMINARY INJUNCTION**

At a session of said Court held in the United States District Court,
for the Eastern District of Michigan, Southern Division,
in Detroit, Michigan,

ON:    January 17, 2006

**PRESENT:**    **THE HONORABLE JOHN CORBETT O'MEARA**
                      U.S. District Court Judge

     Consistent with the Memorandum Opinion and Order granting Defendant's Motion for Partial Summary Judgment, denying Plaintiff's Cross Motion for Partial Summary Judgment, and granting Defendant's Motion to Add a Non-Party, the Court being fully informed of the pertinent circumstances:

     **NOW, THEREFORE,**

**IT IS ORDERED** that Plaintiff Marvin "Skip" Asmus, III be enjoined, through August 26, 2006 or until further order of the Court, if any, from directly or indirectly engaging in a business competitive with Defendant's spice business, in any state of the United States of America or in any country in the world where Asmus Spice Company conducted business at any time between August 27, 1999 and August 27, 2001.

Without limitation of the foregoing paragraph, Skip Asmus shall not be employed by, participate in the affairs of, or consult or interact with, directly or indirectly, for payment or gratis, Plaintiff Great Lakes Spice Co.  Skip Asmus will not call on customers of Great Lakes Spice, directly or indirectly solicit business for Great Lakes Spice, provide technical or other assistance to Great Lakes Spice, or appear on the premises of Great Lakes Spice, for as long as this Preliminary Injunction is in effect.

Further, Defendant GB Seasonings shall not be required to post an injunction bond.

                                          s/John Corbett O'Meara
                                          John Corbett O'Meara

                                          United States District Judge

Dated:  January 17, 2006